UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL UVALLES, | No. 2:23-cv-0160 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| KEVIN RUETER, et al., | |
| Defendants. | |

Plaintiff filed a motion for a ninety-day extension of time to file an amended complaint. The current deadline is November 20, 2023. Good cause appearing, the motion will be granted. However, plaintiff is cautioned that due to the length of the extension, no further extensions will be granted absent a showing of extraordinary cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 12) is GRANTED;

2. Plaintiff is granted an additional ninety days, up to February 20, 2024, to file a first amended complaint; and

3. No further extensions of time will be granted absent a showing of extraordinary cause.

DATED: November 15, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE