1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RAUL UVALLES,                              No.  2:23-cv-0160 DJC AC P

12                    Plaintiff,

13            v.                                 ORDER

14    KEVIN RUETER, et al.,

15                    Defendants.

16

17           Plaintiff has filed his second request for a ninety-day extension of time to file an amended

18    complaint.  ECF No. 14.  The current deadline is February 20, 2024.  ECF No. 13.  In granting

19    plaintiff's previous request for a ninety-day extension, the court cautioned that no further

20    extensions of time would be granted absent a showing of extraordinary cause.  Id.  Plaintiff now

21    asserts that he remains separated from his medical records and legal paperwork after being

22    temporarily transferred to another facility for medical reasons, and is unsure when he will return

23    to the prison where his property is being stored.  ECF No. 14.  Plaintiff still has over a month to

24    file an amended complaint.  However, in light of his current separation from his records,

25    plaintiff's request will be partially granted.  Plaintiff is advised that it is unnecessary to attach

26    copies of his medical records to his amended complaint.  He need only explain what he is alleging

27    each defendant did or did not do that he believes violated his rights.

28    ////

1    If plaintiff requires access to his medical records in order to refresh his memory so that he

2    may properly amend his complaint, he should contact appropriate staff at the prison about gaining

3    access to his property.  If plaintiff remains unable to access his medical records and legal property

4    after making requests to the appropriate staff, he may file a motion seeking court assistance in

5    gaining access to his records.  Any such motion should detail what steps plaintiff has taken to

6    gain access to his documents and the prison's response.

7    Accordingly, IT IS HEREBY ORDERED that:

8    1.  Plaintiff's motion for an extension of time (ECF No. 14) is GRANTED in part; and

9    2.  Plaintiff is granted an additional thirty days, up to March 21, 2024, to file an amended

10   complaint.

11   DATED: January 10, 2024

12   _Allison Claire_____

13   ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

2