UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL UVALLES,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN RUETER, et al.,<br><br>    Defendants. | No. 2:23-cv-0160 DJC AC P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 20) is GRANTED; and

2. Plaintiff shall have thirty days from the service of this order to file a second amended complaint.

DATED: April 30, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE