1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     RAUL UVALLES,                              No.  2:23-cv-0160 DJC AC P

12                   Plaintiff,

13            v.                                   ORDER

14     RUETER, et al.,

15                   Defendants.

16

17            Plaintiff is a state prisoner proceeding pro se with this civil rights action filed pursuant to

18     42 U.S.C. § 1983.  By order filed November 17, 2025, this case was referred to the court's Post-

19     Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days.

20     ECF No. 34.  That order provided defendants the opportunity to request opting out of the ADR

21     Project based on a good faith belief that a settlement conference would be a waste of resources.

22     Id. at 2.  Defendants now request to opt out of the Post-Screening ADR Project and that the stay

23     be lifted.  ECF No. 35.  Having reviewed the request, the court finds good cause to grant it.

24            In addition, any party who has not yet filed a Magistrate Judge Consent/Decline form shall

25     complete and return the form within thirty days from the date of this order.

26            Good cause appearing, IT IS HEREBY ORDERED that:

27            1.  Defendants' request to opt out of the Post-Screening ADR Project (ECF No. 35) is

28     GRANTED.

                                                    1

2. The ADR stay of this action, commencing November 17, 2025 (ECF No. 34) is LIFTED.

3. Within thirty days of the filing of this order, defendants shall file an answer/response to the complaint.  A discovery and scheduling order will be issued after the filing of an answer/response.

4. The Clerk of the Court is directed to send the parties the Consent/Decline of U.S. Magistrate Judge Jurisdiction form, accompanied by the Chief Judge's letter concerning Magistrate Judge Consent in Civil Cases.

5. Any party who has not yet filed a Magistrate Judge Consent/Decline form shall complete and return the form within thirty days from the date of this order.

DATED: December 22, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2